RECEIVED

SEP 17 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-169 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| LONNIE HILL, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(D) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about May 9, 2020, in the Southern District of Iowa, the defendant, LONNIE HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about May 9, 2020, in the Southern District of Iowa, the defendant, LONNIE HILL, knowingly possessed a firearm, namely: a Heritage Rough Rider, .22 caliber revolver, with serial number 3HR06442, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Felon in Possession of a Firearm)**

On or about May 9, 2020, in the Southern District of Iowa, the defendant, LONNIE HILL, in and affecting commerce, knowingly possessed a firearm, namely: a Heritage Rough Rider, .22 caliber revolver, with serial number 3HR06442. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FINDS:

### NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Count(s) 2 and/or 3 of this Indictment, the defendant, LONNIE HILL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Counts 2 and 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Mallory E. Weiser
Special Assistant United States Attorney