**RECEIVED**

.!:: 2 0 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-169 |
| v. | SUPERSEDING INDICTMENT |
| LONNIE ALLEN HILL, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | T. 18 U.S.C. § 924(d) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| | T. 21 U.S.C. § 841(b)(1)(C) |
| | T. 21 U.S.C. § 841(b)(1)(D) |
| | T. 21 U.S.C. § 851 |
| | T. 21 U.S.C. § 853 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about May 9, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Heritage, Model Rough Rider, .22 caliber revolver, with serial number 3HR026443. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 1, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 1, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 1, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about July 1, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, did knowingly possess a firearm, namely: a loaded Jimenez Arms Inc., Model J.A. Nine, nine-millimeter pistol, with serial number 115458, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a controlled substance.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Felon in Possession of a Firearm)**

On or about July 1, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Jimenez Arms Inc., Model J.A. Nine, nine-millimeter pistol, with serial number 115458. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 23, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 23, 2020, in the Southern District of Iowa, the defendant, LONNIE ALLEN HILL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 2 of this Superseding Indictment, the defendant, LONNIE ALLEN HILL, was convicted of Possession of Methamphetamine with Intent to Deliver, in violation of Iowa Code Section 124.401(1)(b), in the Iowa District Court for Marshall County, Case No. FECR065255, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 2 of this Superseding Indictment, the defendant, LONNIE ALLEN HILL, was convicted of Possession of Methamphetamine with Intent to Deliver, in violation of Iowa Code Section 124.401(1)(b), in the Iowa District Court for Marshall County, Case No. FECR082790, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

## THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

That upon conviction of the offense set forth in Counts 2, 3, 4, 7, and/or 8 of this Superseding Indictment, the defendant, LONNIE ALLEN HILL, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a loaded Heritage, Model Rough Rider, .22 caliber revolver, with serial number 3HR026443, and $5,880 in United States currency seized from a vehicle in Polk County, Iowa, on or about May 9, 2020; a loaded Jimenez Arms Inc., Model J.A. Nine, nine-millimeter pistol, with serial number 115458, and $3,930 in United States currency seized from a vehicle in Marshalltown, Iowa, on or about July 1, 2020; and $2,300 in United States currency seized from the person of LONNIE ALLEN HILL in Marshalltown, Iowa, on or about July 23, 2020.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 5, and/or 6 of this Superseding Indictment, the defendant, LONNIE ALLEN HILL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1, 5, and 6 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Kristin M. Herrera
Ryan W. Leemkuil
Assistant United States Attorneys