# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs,<br><br>LONNIE ALLEN HILL,<br><br>    Defendant. | CRIMINAL NO. 4-20-CR-00169<br><br><br><br>DEFENDANT'S LIST OF WITNESSES |

COMES NOW the Defendant, LONNIE ALLEN HILL, by and through his appointed counsel, F. Montgomery Brown of the FM Brown Law Firm, PLLC, and pursuant to the Court's PTC Trial Order, hereby lists the following witnesses anticipated to be called at trial:

1. **Sarah Morrow**
   **2nd Judicial District Department of Correctional Services**
   **111 Sherman Ave**
   **Ames, IA 50010**

2. **Juan Manuel Buenrostro Martinez**
   **3 S 7th Ave**
   **Marshalltown, IA 50158**

3. **Renee Ross**
   **1101 Iowa Ave**
   **Ames, IA 50010**

4. **Chris Nelson**
   **Nelson Construction Services**
   **218 6th Ave Suite 200**
   **Des Moines, IA 50309**

5. **Dane Bowermaster**
   **Marshalltown Police Department**

RESPECTFULLY SUBMITTED,

/s/ F. Montgomery Brown

F. Montgomery Brown AT0001209
F.M. Brown Law Firm, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265
Telephone: 515.225.0101
Facsimile: 515.225.3737
Email: hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed
Copies to:

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on 29 Day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copies to:

Mallory E. Weiser
Kristin M. Herrera
Ryan W. Keemkuil
Asst. U.S. Attorneys