## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs,<br><br>LONNIE ALLEN HILL,<br><br>Defendant. | CRIMINAL NO. 4-20-CR-00169<br><br><br><br>DEFENDANT'S TRIAL BRIEF |

COMES NOW the Defendant, LONNIE ALLEN HILL, by and through his appointed counsel, F. Montgomery Brown of the FM Brown Law Firm, PLLC, and hereby submits the following trial brief to the court.

Defendant Lonnie Allen Hill is charged with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Counts 1 and 6); possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) (Count 2); possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Count 3); possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D) (Count 4); possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 5); possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Count 7); and possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Count 8).

The Superseding Indictment also alleges that Defendant has two prior convictions for drug felonies in Marshall County from on or about April 4, 2006 and October 8, 2013. To preserve any

error or change in Eighth Circuit precedent regarding using of Iowa Chapter 124.401 convictions, Defendant has filed Objections to Notice of Enhancement.

The Superseding Indictment seeks forfeiture of certain property, including two firearms and cash seized on various dates. Defendant waives jury trial finding on all forfeiture issues. Defendant denies interest in the items to be forfeited.

Trial is scheduled for January 10, 2022 and is anticipated to last four days, inclusive of jury selection (assuming jury selection lasts no more than a half day).

## BACKGROUND

The charges in this case stem from three separate incidents in May 9, 2020 near Altoona, Iowa, July 1, 2020 in Marshalltown and July 23, 2020 in Marshalltown.

On May 9, 2020, Defendant was a passenger in a car that was stopped for speeding. The vehicle was being driving by Jose Median Cervantes. Officers eventually searched the car and found a backpack in the backseat on the floorboard behind driver Cervantes. Officers searched the backpack and found Defendant's wallet and ID, a .22 revolver, a digital scale, marijuana hemp, and a large amount of cash. The discovery of the firearm forms the alleged basis for Count 1 of the Superseding Indictment. Police let Cervantes go.

At a distant time a known sample of Defendant's DNA was obtained. Defendant's DNA profile was developed using the 13 standardized core STR (Short Random Repeat) loci. Defendant's STR (first column)and allele profile (2nd column) is claimed by the Iowa DCI lab as follows:

LONNIE HILL
KNOWN
D3S1358    14,15
vWA                    15
D16S539    11,13
CSF1PO     7,11

| | |
|---|---|
| TPOX | 9 |
| D8S1179 | 2,Y,X,13,15 |
| D21S11 | 28,31 |
| D18S51 | 14,16 |
| DYS391 | 10 |
| D2S441 | 11,14 |
| D19S433 | 11,14 |
| THO1 | 7,9 |
| FGA | 24 |
| D22S1045 | 14,15 |
| D5S818 | 10,12 |
| D13S317 | 8,12 |
| D7S820 | 8,10 |
| SE33 | 16,18 |
| D10S1248 | 11,13 |
| D1S1656 | 14,16.3 |
| D12S391 | 17,20 |
| D2S1338 | 19,21 |

Analysis of the .22 yielded no DNA results. Analysis of the holster for the .22 indicated at least four contributors of DNA. The purchaser of the .22 was a Richard James Dolan from Marshalltown on April 30, 2020 from Theisen's Inc. in Marshalltown. Whether Defendant can be excluded in whole or part as one of the contributors of DNA on the holster remains to be determined.

On July 1, 2020, a Marshalltown officer Tanner tried to stop a Chevy Impala for operating without lights. The driver of the Impala declined to stop, sped off, made a right turn on a side street and the occupant(s) abandoned the vehicle on foot. Officer Tanner turned right on a different side street and found the Impala at rest. The Impala appears to have been occupied by two people-driver and right front seat passenger when the dashcam is reviewed in detail.

No direct evidence exists that Defendant was driving or was the passenger of the Impala. By the time Officer Tanner reached the stopped Impala, occupants were gone. Occupant flight on foot is not captured on dashcam or bodycam. The flight from the Impala is a mystery. Other

Officers arrived to assist including a canine. In a wooded area behind an industrial building officers found a backpack in the weeds. Several blocks distant a black and gray baseball-type cap was found.

The backpack allegedly contained a large amount of methamphetamine, marijuana, a digital scale, various items of clothing, and a toothbrush. Among the items inside were a "Do Rag" and "Gaiter". According to the Iowa DCI Lab Analysis, Defendant was the major contributor of DNA on the "Do Rag", and Defendant was the lone observed contributor of DNA on sides A and B of the Gaiter. Analysis of the ball cap indicated alleles at two STR markers. Whether Defendant can be excluded from being source of the alleles at two STR markers is to be determined. The toothbrush handle and brush yielded little if any human DNA.

A search warrant was obtained to search the Impala. Juan Manuel Buenrostro Martinez, 3 S 7th Ave, Marshalltown, IA 50158 was the registered owner of Chevrolet Impala involved in police chase July 1, 2020 in Marshalltown. The Impala bore a plate belonging to some other female person. Registration in Buenrostro's name and bill of sale found in vehicle. Buenrostros allegedly knows of and claimed to police to have sold Impala to Jose Medina Cervantes before July 1, 2020. Cervantes has association with Buenrostro. Police showed Buenorostro a photo lineup with Defendant's picture to determine if Defendant was the Black Guy who hung around with Cervantes. No ID was made. The Impala was believed to be in the possession of Cervantes after Buenrostro's purported sale of Impala. The Impala may have been returned to the witness by Marshalltown Police Department.

Inside the Impala was a men's hygiene kit containing various items including a Jiminez Arms 9mm semi-automatic pistol, can of Copenhagen, drug evidence and the aforementioned auto-ownership documentation. ATF tracing of the Jiminez Arms 9mm pistol is unknown to

Defendant. Marshalltown Police claim that Defendant's Iowa non-driver license ID was found in the driver's door. Defendant contends that the attempt to associate him with the contents of the backpack and the hygiene kit are pure speculation. The backpack, ID and hygiene kit findings are the alleged basis for Counts 2 through 6 of the Superseding Indictment.

Case Agent Dane Bowermaster of the Marshalltown Police Department will have knowledge of the following:

Bowermaster involved as case agent in the events in Defendant's indictment, particularly events from July 1, 2020 and July 23, 2020. Witness conducted interviews, prepared photo lineup and other matters relating to the Chevrolet Impala event on July 1, 2020 in Marshalltown. Witness familiar with Jesus Medina Cervantes, Cervantes nexus to the Impala, Cervantes prior drug-related arrests and convictions in Marshall County including Date of Incident/Arrest: August 21, 2019. On or about August 21, 2019, Jose DeJesus Medina Cervantes was charged in the Iowa District Court for Marshall County, by way of criminal complaint, with Possession of Drug Paraphernalia in violation of Iowa Code § 124.414, case number SMCR095728, and, on or about September 30, 2019, was charged, by way of Trial Information, with Possession of Methamphetamine in violation of Iowa Code §§ 124.206 and 124.401(5), case number SRCR095727. Cervantes plead guilty to the paraphernalia charge in SMCR095728, and the methamphetamine possession in SRCR095727 was subsequently dismissed.

Date of Incident/Arrest: January 28, 2020. On or about January 28, 2020, Jose DeJesus Medina Cervantes was charged in the Iowa District Court for Marshall County, by way of criminal complaint, with Possession of Drug Paraphernalia in violation of Iowa Code § 124.414, case number SMCR096593, and, on or about February 6, 2020, was charged, by way of Trial Information, with Possession of Methamphetamine in violation of Iowa Code §§ 124.206 and 124.401(5), and Possession of Marijuana in violation of Iowa Code § 124.401(5), case number SRCR096594. Cervantes plead guilty to the paraphernalia charge in SMCR096593, and both drug possession charges in SRCR096594 were subsequently dismissed.

Date of Incident/Arrest: June 10, 2020. On or about June 10, 2020, Jose DeJesus Medina Cervantes was charged in the Iowa District Court for Marshall County, by way of criminal complaint, with Possession of Drug Paraphernalia in violation of Iowa Code § 124.414, case number SMCR097280, and was charged, by way of Amended & Substituted Trial Information, with Possession of Methamphetamine with Intent to Deliver in violation of Iowa Code §§ 124.206 and 124.401(1)(c)(6), and Failure to Affix a Tax Stamp in violation of Iowa Code §§ 453B.3, 453B.1(3)(a)(1), 453B.1(10), and 453B.12, case number FECR097279. Cervantes plead guilty to possession of methamphetamine with intent to deliver in FECR097279, and the tax stamp charge in FECR097279 and paraphernalia charge in SMCR097280 were subsequently dismissed.

Date of Incident/Arrest: August 19, 2020. On or about August 19, 2020, Jose DeJesus Medina Cervantes was charged in the Iowa District Court for Marshall County,

by way of Trial Information, with Possession of Methamphetamine in violation of Iowa Code §§ 124.206 and 124.401(5), and Possession of Clonazepam in violation of Iowa Code §§ 124.206 and 124.401(5), case number SRCR097532. Cervantes plead guilty to the methamphetamine possession charge and the clonazepam possession charge was subsequently dismissed.

Date of Incident October 26, 2021: On October 26, 2021 Jesus Medina Cervantes was stopped in a vehicle by Altoona Police Department. A search of the vehicle yielded approximately 44 pounds of methamphetamine.

To the extent permitted by the court, Defendant intends to elicit evidence that Cervantes has prior felony and possession involvement in the Marshalltown area with methamphetamine both prior to May 9, 2020 and after and was out of jail on July 1, 2020 and thus capable in principle of being the driver or occupant of the Impala and possessor of the backpack and hygiene kit.

Investigators later attempted to determine whether phones associated with Defendant were in the present of the Impala or flight path on July 1, 2020. No GPS location evidence was found placing phones attributed to Defendant near the Impala locations on July 1, 2020.

On July 23, 2020, a Marshalltown officer tried to stop a Cadillac Defendant was driving. Defendant fled from the officer, crashed into another car, and fled on foot. Officers took Defendant into custody after a short foot chase. On his flight path, officers found a baggie of methamphetamine and a baggie of fentanyl. Defendant denies the baggies found in a yard belonged to him. On Defendant's person, officers found a large amount of cash. A search of the Cadillac revealed another hygiene kit with alleged additional methamphetamine, and a digital scale. A shoe that matched the single shoe Defendant had on his feet when he was taken into custody. This incident is the basis for Counts 7 and 8 of the Superseding Indictment. The Cadillac contained a wealth of personal items, clothing and assorted other possessions either not inventoried or cannot be associated with Defendant.

Defendant had a job as a specialty remediation contractor and thus a source of legitimate income for the cash found in his pocket on July 23, 2020. Defendant contends that the various police involved committed various other failings to preserve and examine evidence for DNA and fingerprints. See *Arizona v. Youngblood*, 488 U.S. 51, 109 S.Ct. 333, 102 L.Ed.2d 281 (1988).

RESPECTFULLY SUBMITTED,

__/s/ F. Montgomery Brown_____

F. Montgomery Brown AT0001209
F.M. Brown Law Firm, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265
Telephone: 515.225.0101
Facsimile: 515.225.3737
Email: hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on the __3rd__ Day of January, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copies to:

Kristin M. Herrara
Ryan W. Leemkuil
Assistant United States Attorneys
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309