IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | No. 4:20-cr-00169 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LONNIE ALLEN HILL, | : | DEFENDANT'S EXHIBIT LIST |
| Defendant. | : | |

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A | ATF TRCING REPORT HERITAGE .22 | | | | | | | |
| B | MARSHALLTOWN POLICE DEPT PROPERTY LOGS CASE #PD20-01492 (7 PAGES) | | | | | | | |
| C | MARSHALL COUNTY SHERIFF PROPERTY LOGS CASE# SO20-TF00058 (19 PAGES) | | | | | | | |
| D | MARSHALLTOWN POLICE DEPT PROPERTY LOGS CASE # PD20-01678 (12 PAGES) | | | | | | | |
| E | MARSHALLTOWN POLICE DEPT PROPERTY LOGS CASE # PD20-01678 | | | | | | | |
| F | DCI LAB REPORT 20-17637 MISC. FINGERPRINTS (2 PAGES) | | | | | | | |
| F2 | DCI LAB REPORT 20-16324 FINGERPRINT JIMENEZ 9MM | | | | | | | |
| G | DCI LAB REPORT 20-12896 DNA REPORT HERITAGE .22 (18 PAGES) | | | | | | | |
| G2 | DCI LAB REPORT 20-17637 DNA REPORT BALL CAP (17 PAGES) | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G3 | DCI LAB REPORT 20-17637 DNA REPORT 5 HILL KNOWN, TOOTHBRUSH, DO RAG, GAITER (33 PAGES) | | | | | | | |
| H | IMPALA PHOTOGRAPH REAR DRIVER'S SIDE PASSENGER DOOR | | | | | | | |
| H2 | PHOTOGRAPH BUENROSTRO BILL OF SALE FROM IMPALA HYGIENE KIT | | | | | | | |
| H3 | PHOTOGRAPH MISC. CONTENTS FROM IMPALA HYGIENE KIT | | | | | | | |
| H4 | PHOTOGRAPH HYGIENE KIT FLOORBOARD PASSENGER SIDE IMPALA | | | | | | | |
| H5 | PHOTOGRAPH HYGIENE KIT FLOORBOARD UNOPENED | | | | | | | |
| H6 | PHOTOGRAPH HYGIENE KIT UNZIPPERED | | | | | | | |
| H7 | PHOTOGRAPH HYGIENE KIT PARTIAL CONTENTS EXPOSED | | | | | | | |
| H8 | PHOTOGRAPH HYGIENE KIT 9MM | | | | | | | |
| H9 | PHOTOGRAPH HYGIENE KITY CONTENTS REMOVED | | | | | | | |
| H10 | PHOTOGRAPH HYGIENE KIT TITLE, BAGGIES, COPENHAGEN, POUCH | | | | | | | |
| I | PHOTOGRAPH HILL SELECTED WALLET CONTENTS (5 PAGES) | | | | | | | |
| J | **CERVANTES CRIMINAL COMPLAINTS 6/10/2020 (4 PAGES)** | | | | | | | |
| J2 | CERVANTES TRIAL INFORMATION FECR097279 6/10/20 INCIDENT (3 PAGES) | | | | | | | |
| J3 | CERVANTES SENTENCING ORDER FECR097279 & SRCR097532 **(4 PAGES)** | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| J4 | CERVANTES DOCKET ENTRIES FECR097279 (3 PAGES) | | | | | | | |
| J5 | CERVANTES TRIAL INFORMATION SRCR096594 1/27/20 INCIDENT (3 PAGES) | | | | | | | |

# DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| J6 | CERVANTES CRIMINAL COMPLAINTS 1/27/20 INCIDENT (4 PAGES) | | | | | | | |
| J7 | CERVANTES TRIAL INFORMATION SRCR097532 8/9/20 INCIDENT (3 PAGES) | | | | | | | |
| J8 | CERVANTES CRIMINAL COMPLAINTS 8/9/20 INCIDENT (6 PAGES) | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

RESPECTFULLY SUBMITTED,

__/s/ F. Montgomery Brown_____

F. Montgomery Brown AT0001209
F.M. Brown Law Firm, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265
Telephone: 515.225.0101
Facsimile: 515.225.3737
Email: hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on the __3rd__ Day of January, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

Copies to:

Kristin M. Herrara
Ryan W. Leemkuil
Assistant United States Attorneys
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order