IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:20-CR-169 |
| v. | ) | |
| | ) | |
| LONNIE ALLEN HILL, | ) | GOVERNMENT'S |
| | ) | WITNESS LIST |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, provides the attached list of witnesses it anticipates calling to testify during its case-in-chief and its potential rebuttal at trial, likely in the order indicated. There may be additional foundational or chain-of-custody witnesses. The Government reserves the right to call such witnesses as may become necessary for additional rebuttal or impeachment.

    Respectfully submitted,

    Richard D. Westphal
    United States Attorney

By: */s/ Kristin M. Herrera*
    Kristin M. Herrera
    Ryan W. Leemkuil
    Assistant United States Attorneys
    U.S. Courthouse Annex, Suite 286
    110 E. Court Avenue
    Des Moines, Iowa 50309
    Tel: (515) 473-9300
    Fax: (515) 473-9292
    Email:   Kristin.Herrera@usdoj.gov
    Email:   Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail   _____ Fax   _____Hand Delivery

\_\_\_X\_\_\_ECF/Electronic filing   _____Other means


UNITED STATES ATTORNEY

By: /s/ Kristin M. Herrera
      Assistant U.S. Attorney

1. Des Moines Police Sergeant Brady Carney
2. Polk County Sheriff's Deputy John May
3. Polk County Sheriff's Deputy Jesse McAtee
4. Ankeny Police Detective Ryan Howe
5. Iowa DCI Criminalist Carley McConnell
6. Roderick Gull
7. Marshalltown Police Officer Tanner Hunt
8. Marshalltown Police Officer Shelangoski
9. MIDTF Detective Lucas Dvorak
10. MIDTF Detective James Robak
11. MIDTF Detective Dane Bowermaster (case agent, to be recalled)
12. DCI Criminalist Amanda Misencik
13. DCI Criminalist Andrew Gladfelter
14. ATF Special Agent Dee Loper
15. Marshalltown Police Sergeant Anthony Accola
16. Marshalltown Police Officer David Danielson
17. Marshalltown Police Officer Nicholas Krimmer
18. Iowa DCI Criminalist Terry Rowe
19. MIDTF Detective Dane Bowermaster (recall)
20. Michelle Miller
21. Probation/Parole Officer Sarah Morrow