UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-169 |
| | ) | |
| v. | ) | GOVERNMENT'S EXHIBIT LIST |
| | ) | **[REVISED 1/6/2022]** |
| LONNIE ALLEN HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by its attorneys, Kristin M. Herrera and Ryan Leemkuil, Assistant United States Attorneys for the Southern District of Iowa, and submits the following list of exhibits which may be introduced in the government's case-in-chief. This list may not include all exhibits which may be introduced, depending in part upon issues which may arise during trial, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 1 | Heritage, Model Rough Rider, .22 caliber revolver, with serial number 3HR026443 (physical exhibit with photo placeholder) | | | |
| 1A | Black gun holster recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 2 | Jimenez Arms Inc., Model J.A. Nine, nine-millimeter pistol, with serial number 115458; magazine; and three rounds of nine-millimeter ammunition (physical exhibit with photo placeholder) | | | |

---

[1] Indicates that government will request exhibit to be filed under seal.

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 3 | Box of 22LR ammunition containing 40 rounds recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 4 | Camouflage wallet recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 4A | Photograph of camouflage wallet (Exhibit 4) opened | X | | |
| 5 | Baggie containing stems and seeds, recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 6 | Vacuum-sealed bag containing cannabis, recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 7 | Black digital scale with tare weight, recovered from backpack on May 9, 2020 (physical exhibit with photo placeholder) | | | |
| 8 | Black backpack recovered on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 8A | Black Pelican-style case, recovered from black backpack on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 9 | Pringles can, recovered from black Pelican-style case on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 9A | Baggie containing 163.27 grams of methamphetamine, recovered from Pringles can on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 9B | Baggie containing 10.85 grams of methamphetamine, recovered from Pringles can on July 1, 2020 (physical exhibit with photo placeholder) | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 9C | Baggie containing 7.20 grams of methamphetamine, recovered from Pringles can on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 10A | Baggie containing 90.1 grams of marijuana, recovered from black Pelican-style case on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 10B | Baggie containing 34.58 grams of marijuana, recovered from black Pelican-style case on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 11 | Digital scale, recovered from front pocket of black backpack on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 12 | Black do-rag, recovered from black backpack on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 13A | Black neck gaiter, recovered from black backpack on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 13B | Swab from "A" side of black neck gaiter (physical exhibit with photo placeholder) | | | |
| 13C | Swab from "B" side of black neck gaiter (physical exhibit with photo placeholder) | | | |
| 14 | Baggie containing 38.11 grams of heroin, recovered from black zippered pouch on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 15 | 2.03 grams of methamphetamine, recovered from black zippered pouch on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 16 | 0.89 gram of methamphetamine, recovered from black zippered pouch on July 1, 2020 (physical exhibit with photo placeholder) | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 17 | $3,930 in United States currency, recovered from black zippered pouch on July 1, 2020 (physical exhibit with photo placeholder) | | | |
| 18 | Buccal swab from Lonnie Allen Hill, collected on February 11, 2021 (physical exhibit with photo placeholder) | | | |
| 19 | Digital scale and measuring spoon, recovered from black zippered pouch on July 23, 2020 (physical exhibit with photo placeholder) | | | |
| 20 | Baggie containing 6.94 grams of methamphetamine, recovered from black zippered pouch on July 23, 2020 (physical exhibit with photo placeholder) | | | |
| 21 | Baggie containing 1.07 grams of methamphetamine, recovered from yard on July 23, 2020 (physical exhibit with photo placeholder) | | | |
| 22 | Baggie containing 1.69 grams of fentanyl, recovered from yard on July 23, 2020 (physical exhibit with photo placeholder) | | | |
| 23 | $2,300 in United States currency, recovered from Lonnie Allen Hill's pocket on July 23, 2020 (physical exhibit with photo placeholder) | | | |
| [24-99] | Intentionally left blank | | | |
| 100 | Photo – back of silver Pontiac G6 from May 9, 2020, stop | | | |
| 101 | Photo – front seat of silver Pontiac G6 from May 9, 2020 | | | |
| 102 | Photo – back seat of silver Pontiac G6 from May 9, 2020 | | | |
| 103 | Photo – backpack found in backseat of silver Pontiac G6 from May 9, 2020 | | | |
| 104 | Photo – front of white Chevrolet Impala from July 1, 2020, incident | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 105 | Photo – driver's side door pocket of Chevrolet Impala from July 1, 2020, incident | | | |
| 106 | Photo – Iowa Identification Card of Lonnie Allen Hill found in driver's side door pocket of Chevrolet Impala from July 1, 2020, incident | X | | |
| 107 | Photo – black zip pouch on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident (wide view) | | | |
| 108 | Photo – black zip pouch on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident (close up) | | | |
| 109 | Photo – black zip pouch (unzipped) found on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident (wide view) | | | |
| 110 | Photo – black zip pouch (unzipped), with close-up of Jimenez Arms Inc. inside, found on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident | | | |
| 111 | Photo – contents of black zip pouch found on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident | | | |
| 112 | Photo – rubber-banded cash inside red zip pouch that was inside black zip pouch found on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident | | | |
| 113 | Photo – rubber-banded cash (removed from red zip pouch) | | | |
| [114] | Intentionally left blank | | | |
| 115 | Photo – denominations of rubber-banded cash found inside black zip pouch found on front passenger floorboard of Chevrolet Impala from July 1, 2020, incident | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 116 | Photo – crashed vehicles in intersection from July 23, 2020, incident | | | |
| 117 | Photo – box of ammunition in roadway from July 23, 2020, incident (wide view) | | | |
| 118 | Photo – box of ammunition in roadway from July 23, 2020, incident (close up) | | | |
| 119 | Photo – box of ammunition in roadway from July 23, 2020, incident (close up in hand) | | | |
| 120 | Photo – back of crashed gold Cadillac in yard from July 23, 2020, incident | | | |
| 121 | Photo – front driver's seat of crashed gold Cadillac from July 23, 2020, incident | | | |
| 122 | Photo – front floorboard of crashed gold Cadillac from July 23, 2020, incident | | | |
| 123 | Photo – box of sandwich baggies from crashed gold Cadillac from July 23, 2020, incident | | | |
| 124 | Photo – black zip pouch (unzipped) found on driver's floorboard of crashed gold Cadillac from July 23, 2020, incident | | | |
| 125 | Photo – contents of black zip pouch, including digital scale, found on floorboard of crashed gold Cadillac from July 23, 2020, incident | | | |
| 126 | Photo – baggie containing methamphetamine from black zip pouch found on floorboard of crashed gold Cadillac from July 23, 2020, incident | | | |
| 127 | Photo – two cellular telephones recovered from crashed gold Cadillac from July 23, 2020, incident | | | |
| 128 | Photo – rubber-banded cash and baggies of methamphetamine and fentanyl recovered from yard on July 23, 2020 | | | |
| 129 | Photo – cash (spread out) recovered from Lonnie Allen Hill's pocket on July 23, 2020 | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 130 | Photo – cash (spread out) recovered from Lonnie Allen Hill's pocket on July 23, 2020 | | | |
| [131-199] | Intentionally left blank | | | |
| 200 | Deputy John May Dash Camera Footage from May 9, 2020, stop (24:40 to 29:30) | | | |
| [200A] | Intentionally left blank | | | |
| 200B | Still frame – backpack from backseat of Pontiac G6 on hood of Deputy May's police vehicle (at 00:25 mark) | | | |
| 200C | Still frame – vacuum-sealed bag of cannabis in backpack (at 00:29 mark) | | | |
| 200D | Still frame – rubber-banded cash from backpack (at 00:41 mark) | | | |
| 200E | Still frame – digital scale from backpack (at 1:07 mark) | | | |
| 200F | Still frame – butane lighter and ammunition from backpack (at 1:31 mark) | | | |
| 200G | Still frame – scale weight from backpack (at 3:16 mark) | | | |
| 200H | Still frame – gun wrapped in red bandana from backpack (at 3:19 mark) | | | |
| 200I | Still frame – gun in holster (unwrapped from bandana) from backpack (at 3:29 mark) | | | |
| 200J | Still frame – gun out of holster (unwrapped from bandana) from backpack (at 3:34 mark) | | | |
| 200K | Still frame – wallet with Lonnie Hill identifications from backpack (at 3:51 mark) | | | |
| 200L | Still frame – Lonnie Hill walking to squad car (at 16:28 mark on original video) | | | |
| 201 | Officer Tanner Hunt body camera footage from July 1, 2020, stop (1:50 to 5:24) | | | |

7

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 202 | Officer Tanner Hunt body camera footage from July 1, 2020, stop (21:25 to 26:10) | | | |
| 202A | Still frame – backpack from July 1, 2020, stop on ground (at 3:51 mark) | | | |
| 203 | Officer Anthony Accola dash camera footage from July 23, 2020, stop (00:00 to 03:00) | | | |
| 204 | Officer Anthony Accola body camera footage from July 23, 2020, stop (00:00 to 05:30) | | | |
| 204A | Still frame – shoe and black zip pouch on driver's floorboard of Cadillac from July 23, 2020 (at 4:03 mark) | | | |
| 204B | Still frame – Crown Royal bag on driver's seat of Cadillac from July 23, 2020 (at 4:06 mark) | | | |
| 204C | Still frame – black zip pouch zipped open (at 4:23 mark) | | | |
| 204D | Still frame – drawstring bag from black zip pouch being opened (at 4:38 mark) | | | |
| 205 | Officer David Danielson body camera footage from July 23, 2020, stop (00:00 to 06:20) | | | |
| 205A | Still frame – rubber-banded cash from Lonnie Hill's pocket on July 23, 2020 (at 1:29 mark) | | | |
| [206-299] | Intentionally left blank | | | |
| 300 | DCI Laboratory Report – cannabis seized on May 9, 2020 | | | |
| [301] | Intentionally left blank | | | |
| 302 | DCI Laboratory Report – toothbrush, do-rag, gaiter seized on July 1, 2020, DNA testing | | | |
| 303 | DCI Laboratory Report – methamphetamine and marijuana seized on July 1, 2020, from backpack (first testing) | | | |

| Exhibit No. | Description | S[1] | O | A |
|---|---|---|---|---|
| 304 | DCI Laboratory Report – methamphetamine and heroin seized on July 1, 2020, from zip pouch on floor of car | | | |
| 305 | DCI Laboratory Report – methamphetamine and marijuana seized on July 1, 2020, from backpack (purity testing) | | | |
| 306 | DCI Laboratory Report – methamphetamine and fentanyl seized on July 23, 2020 | | | |
| [307-308] | Intentionally left blank | | | |
| 309 | Map of chase route from July 1, 2020, incident | | | |
| 310 | Jail call from August 7, 2020, at 2038 hours | | | |
| 310A | Transcript of jail call | | | |
| 311 | Certified conviction records – Iowa District Court for Marshall County, case number FECR065255 (redacted) | | | |
| 312 | Certified conviction records – Iowa District Court for Tama County, case number FECR013618 (redacted) | | | |
| 313 | Certified conviction records – Iowa District Court for Marshall County, case number FECR082790 (redacted) | | | |
| 314 | Jail call from August 7, 2020, at 2202 hours | | | |
| 314A | Transcript of jail call | | | |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Kristin M. Herrera*
Kristin M. Herrera
Ryan W. Leemkuil
Assistant United States Attorneys
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Kristin.Herrera@usdoj.gov
Email: Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_X\_\_ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Kristin M. Herrera*
    Assistant U.S. Attorney