IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:20-CR-169 |
| v. | ) | |
| | ) | |
| LONNIE ALLEN HILL, | ) | GOVERNMENT'S |
| | ) | WITNESS LIST |
| Defendant. | ) | **[REVISED 1/6/2022]** |

The United States of America, by and through its undersigned counsel, provides the attached list of witnesses it anticipates calling to testify during its case-in-chief and its potential rebuttal at trial, likely in the order indicated. There may be additional foundational or chain-of-custody witnesses. The Government reserves the right to call such witnesses as may become necessary for additional rebuttal or impeachment.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: /s/ *Kristin M. Herrera*
Kristin M. Herrera
Ryan W. Leemkuil
Assistant United States Attorneys
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Kristin.Herrera@usdoj.gov
Email: Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail  _____ Fax  _____Hand Delivery

___X___ECF/Electronic filing  _____Other means

UNITED STATES ATTORNEY

By: /s/ Kristin M. Herrera
      Assistant U.S. Attorney

1. Polk County Sheriff's Deputy John May

2. Polk County Sheriff's Deputy Jesse McAtee

3. Ankeny Police Detective Ryan Howe

4. Iowa DCI Criminalist Carley McConnell

5. Roderick Gull

6. Marshalltown Police Officer Tanner Hunt

7. Marshalltown Police Officer Wyatt Shelangoski

8. MIDTF Detective Lucas Dvorak

9. MIDTF Detective James Robak

10. MIDTF Detective Dane Bowermaster (case agent, to be recalled)

11. DCI Criminalist Amanda Misencik

12. DCI Criminalist Andrew Gladfelter

13. ATF Special Agent Dee Loper

14. Marshalltown Police Sergeant Anthony Accola

15. Marshalltown Police Officer David Danielson

16. Iowa DCI Criminalist Terry Rowe

17. MIDTF Detective Dane Bowermaster (recall)

18. Michelle Miller

19. Probation/Parole Officer Sarah Morrow

20. Des Moines Police Sergeant Brady Carney