IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:20-cr-00169-RGE-SHL |
| Plaintiff, | ) | |
| v. | ) | RECEIPT FOR RETURNED EXHIBITS |
| LONNIE ALLEN HILL, | ) | |
| Defendant. | ) | |

Pursuant to Public Administrative Order 13-AO-8-P, I acknowledge receipt of the following exhibits offered into evidence in this case:

Government's electronic trial exhibits and trial binder.

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the Court, or the clerk so requests. Once the case is no longer subject to appellate review, as outlined in Public Administrative Order 13-AO-8-P, I understand that I may destroy these exhibits without further authorization. I further acknowledge that I may be subject to sanctions for failure to abide by the provisions of Public Administrative Order 13-AO-8-P.

DATED this 10TH day of January, 2022.

_____
~~Attorney~~ Signature
Paralegal

Counsel for Government

BY: Kandy J. Sands